AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

**FILED**

**JUL 21 2017**

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| United States of America<br>v.<br>SCOTT STEVEN REIDY | )<br>)<br>)<br>) |

Date of Original Judgment:  _01/21/2014_
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

Case No:  CR 13-71-BLG-DWM

USM No:  12751-046

Lisa Bazant (appointed)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      87                     months **is reduced to**      81                              .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant Reidy was originally sentenced to 87 months, consisting of 27 months for possession with intent to distribute cocaine (Count II) and 60 months for possession of a firearm in the furtherance of a drug trafficking crime (Count III). The current motion affects only his sentence on Count II, which is reduced from 27 months to 21 months. See USSG §1B1.10(b). Accordingly, with a sentence of 21 months on Count II and the mandatory consecutive 60 months on Count III, the defendant's total amended sentence is 81 months.

Except as otherwise provided, all provisions of the judgment dated   01/21/2014   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  _July 21, 2017_

Effective Date:  _July 21, 2017_
*(if different from order date)*

_____
*Judge's signature*

Donald W. Molloy, District Judge
*Printed name and title*