IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–71–BLG–DWM |
| Plaintiff, | |
| v. | ORDER |
| SCOTT STEVEN REIDY, | |
| Defendant. | |

Defendant Scott Steven Reidy's Unopposed Motion for Early Termination of Supervision is now before the Court. (Doc. 84.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 84) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 20th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court